**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THOMAS EUGENE MOORE,**

    **Plaintiff,**

    v.                                        Case No. 2:21-cv-386
                                                  JUDGE EDMUND A. SARGUS, JR.
                                                  Magistrate Judge Kimberly A. Jolson

**C.R. BARD, et al.,**

    **Defendants.**

## ORDER

    This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on February 2, 2021. (ECF No. 4.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is **DENIED**.

    IT IS SO ORDERED.


**9/13/2021**                                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                                           **EDMUND A. SARGUS, JR.**
                                                                 **UNITED STATES DISTRICT JUDGE**